USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#:_____
DATE FILED: 3/10/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

MARY JENNIFER PERKS, MARIA NAVARRO-REYES, individuals, on behalf of themselves, and all others similarly situated,

                Plaintiffs,

-against-

TD BANK, N.A.,

                Defendant.

------------------------------------------------------------------X

18-CV-11176 (VEC)

ORDER

**VALERIE CAPRONI, United States District Judge:**

       WHEREAS this case was transferred from Hon. Deborah Batts on February 20, 2020;

       WHEREAS Defendant filed a Motion to Dismiss the Amended Complaint on March 22, 2019, *see* Dkt. 31;

       IT IS HEREBY ORDERED that oral argument on Defendant's motion is scheduled for **March 19, 2020, at 3:30 p.m.**

**SO ORDERED.**

**Date: March 10, 2020**
**New York, NY**

                                                     **VALERIE CAPRONI**
                                                     **United States District Judge**