USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/12/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
MARY JENNIFER PERKS, MARIA NAVARRO-REYES, individuals, on behalf of themselves, and all others similarly situated,

                Plaintiffs,

-against-

TD BANK, N.A.,

                Defendant.
---------------------------------------------------------------X

18-CV-11176 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS the Court scheduled oral argument for March 19, 2020, on Defendant's Motion to Dismiss the Amended Complaint, *see* Dkt. 50;

    IT IS HEREBY ORDERED that oral argument is CANCELLED.

**SO ORDERED.**

Date: March 12, 2020
New York, NY

                                        **VALERIE CAPRONI**
                                        **United States District Judge**