```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/29/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
MARY JENNIFER PERKS, MARIA NAVARRO-                                :
REYES, individuals, on behalf of themselves, and all               :
others similarly situated,                                         :       18-CV-11176 (VEC)
                                                                   :
                          Plaintiffs,                              :       ORDER
                                                                   :
              -against-                                            :
                                                                   :
                                                                   :
                                                                   :
TD BANK, N.A.,                                                     :
                          Defendant.                               :
                                                                   :
-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties appeared for a teleconference on July 29, 2020;

IT IS HEREBY ORDERED that Defendant must produce all discovery data on resubmitted transactions no later than **August 12, 2020**.

If the parties decide they would like a reference to Magistrate Judge Aaron for a settlement conference, they are welcome to request one via joint letter.

**SO ORDERED.**

                                                           _____
**Date:  July 29, 2020**                                         **VALERIE CAPRONI**
         **New York, NY**                                       **United States District Judge**