**MEMO ENDORSED**

**O'Melveny**

O'Melveny & Myers LLP
610 Newport Center Drive
17th Floor
Newport Beach, CA 92660-6429

T: +1 949 823 6900
F: +1 949 823 6994
omm.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/30/2021

File Number:

**Danielle N. Oakley**
D: +1 949 823 7921
doakley@omm.com

April 29, 2021

**VIA ECF**

The Honorable Valerie E. Caproni
Thurgood Marshall United States Courthouse
Courtroom 443
40 Foley Square
New York, NY 10007

**Re:   *Perks v. TD Bank, N.A.*, No. 18-CV-11176 (VEC)**

Dear Judge Caproni:

Defendant TD Bank, N.A. ("TD Bank") and Plaintiffs Mary Jennifer Perks and Maria Navarro-Reyes write jointly to request a two-week extension for Plaintiffs to file their Motion for Preliminary Approval of Settlement and accompanying Written Settlement Agreement in the above-captioned matter.  The parties notified the Court on February 2, 2021 that they had reached a settlement in principle that will resolve this putative class action in its entirety on a classwide basis.  Pursuant to the Court's order of the same day, Plaintiffs' Motion for Preliminary Approval was to be due April 2, 2021.  On March 31, 2021, the Parties respectfully requested an additional thirty days to finalize the settlement papers; the Court granted the request and set a deadline to file a preliminary approval motion by May 3, 2021.

However, and while the parties are working diligently and have exchanged drafts of the class settlement agreement and supporting materials that must be filed with Plaintiffs' Motion for Preliminary Approval, they require one additional extension to finalize the agreement, the proposed class notice protocol, and all supporting documents, and to obtain all necessary approvals to have the agreement executed.  The parties, therefore, respectfully request an extension of the deadline for Plaintiffs to move for Preliminary Approval of the classwide settlement, thereby making Plaintiffs' motion due May 17, 2021.  This is the parties' second request for extension of this deadline.

O'Melveny

Respectfully submitted,

*/s/ Jeffrey D. Kaliel*
Jeffrey D. Kaliel
Sophia G. Gold
KALIEL PLLC
1875 Connecticut Ave., NW, 10th Floor
Washington, D.C. 20009
Telephone: (202) 350-4783
jkaliel@kalielpllc.com
sgold@kalielpllc.com

James J. Bilsborrow
WEITZ & LUXENBERG, P.C.
700 Broadway
New York, New York 10003
Telephone: (212) 558-5500
jbilsborrow@weitzlux.com

Jeffrey M. Ostrow
Jonathan M. Streisfeld
KOPELOWITZ OSTROW
FERGUSON WEISELBERG GILBERT
One W. Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Telephone: (954) 525-4100
ostrow@kolawyers.com
streisfeld@kolawyers.com

Lynn A. Toops
Vess A. Miller
Richard E. Shevitz
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Telephone: (317) 636-6481
ltoops@cohenandmalad.com
vmiller@cohenandmalad.com
rshevitz@cohenandmalad.com

*Attorneys for Plaintiffs*

Danielle N. Oakley
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, California 92660
(949) 823-6900
doakley@omm.com

Allen W. Burton
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
(212) 326-2000
aburton@omm.com

*Attorneys for Defendant TD Bank, N.A.*

Application GRANTED. The parties' new deadline is **May 17, 2021**. Further extensions are unlikely absent compelling circumstances.

SO ORDERED.

*[signature]*
4/30/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

2