**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARY JENNIFER PERKS, MARIA NAVARRO-REYES on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>   v.<br><br>TD BANK, N.A.,<br><br>                Defendant. | CASE NO. 1:18-CV-11176-DAB |

**NOTICE OF UNOPPOSED MOTION AND PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT, PRELIMINARY CERTIFICATION OF SETTLEMENT CLASS, AND APPROVAL OF NOTICE PLAN**

PLEASE TAKE NOTICE that on such date and time as the Court determines, a hearing will be held before the Honorable Valerie Caproni, United States District Judge for the Southern District of New York, in Courtroom 443, 40 Foley Square, New York, NY 10007, or, subject to further order of the Court, by telephone or videoconference, at which Plaintiffs Mary Jennifer Perks and Maria Navarro-Reyes will, and hereby do, move the Court for entry of the Preliminary Approval Order, attached hereto as Exhibit 1, which establishes the following:

(a)    Certification of the Settlement Class for purposes of settlement only and appointing Plaintiffs as the Class Representatives and their counsel as Class Counsel;

(b)    Preliminary approval of the Settlement Agreement and Releases, attached hereto as Exhibit 2;

(c)    Approval of the Notice Plan;

(d)    Appointment of RG/2 Claims Administration LLC as Settlement Administrator and instructions for RG/2 to commence the Notice Plan;

1

(e) A final approval hearing to consider final approval of the settlement and any application for attorneys' fees, expenses, and class representative service awards for approximately 180 days after the entry of the Preliminary Approval Order.

Plaintiffs further request the following schedule of deadlines:

| **Event** | **Date** |
|---|---|
| Deadline for the Settlement Administrator to serve on the appropriate government officials the notice required by 28 U.S.C.§ 1715 | May 27, 2021 |
| Deadline for Defendant to pay $20,750,000 in cash into the Escrow Account | No later than 14 days from the date of this Order |
| Deadline for Defendant to provide the Settlement Administrator with the information required by paragraph 75 of the Settlement Agreement | No later than 30 days from the date of this Order |
| Deadline for Settlement Administrator to Mail and E-mail Notice to Class Members | No later than 60 days from the date of this Order |
| Deadline for any petition for an award of attorneys' fees, costs, and service awards | No later than 60 days from the date of this Order |
| Opt-Out Deadline | 120 days from the date of this Order |
| Objection Deadline | 120 days from the date of this Order |
| Deadline for Motion for Final Approval | 130 days from the date of this Order |
| Final Approval Hearing | Approximately 180 days from the date of this Order) |

This Motion is based on this Notice of Motion and Motion, Plaintiffs' Memorandum in Support of this Motion and all its exhibits, the Settlement Agreement and Releases and all its exhibits, the argument of counsel, all papers and records on file in this matter, and such other matters as the Court may consider.

| | |
|---|---|
| Dated: May 17, 2021 | Respectfully submitted, |
| | s/Lynn A. Toops |
| James J. Bilsborrow | Richard E. Shevitz (admitted pro hac vice) |
| **WEITZ & LUXENBERG, P.C.** | Lynn A. Toops (admitted pro hac vice) |
| 700 Broadway | Vess A. Miller (admitted pro hac vice) |
| New York, New York 10003 | **COHEN & MALAD, LLP** |
| Telephone: (212) 558-5500 | One Indiana Square, Suite 1400 |
| jbilsborrow@weitzlux.com | Indianapolis, IN 46204 |
| | Telephone: (317) 636-6481 |
| Jeff Ostrow (admitted *pro hac vice*) | Facsimile: (317) 636-2593 |
| Jonathan M. Streisfeld (admitted *pro hac vice*) | rshevitz@cohenandmalad.com |
| **KOPELOWITZ OSTROW, P.A.** | ltoops@cohenandmalad.com |
| One W. Las Olas Blvd., Suite 500 | vmiller@cohenandmalad.com |
| Fort Lauderdale, Florida 33301 | |
| Telephone: (954) 525-4100 | Jeffrey D. Kaliel (admitted pro hac vice) |
| Facsimile: (954) 525-4300 | Sophia Gold (admitted pro hac vice) |
| ostrow@kolawyers.com | **KALIEL GOLD PLLC** |
| streisfeld@kolawyers.com | 1875 Connecticut Ave., NW, 10th Floor |
| | Washington, D.C. 20009 |
| | Telephone: (202) 350-4783 |
| | jkaliel@kalielpllc.com |
| | sgold@kalielpllc.com |

*Attorneys for Plaintiffs and the proposed Settlement Class*

## CERTIFICATE OF SERVICE

I certify that on May 17, 2021, a true and accurate copy of the foregoing notice was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Lynn A. Toops