```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/27/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
MARY JENNIFER PERKS, MARIA NAVARRO-                            :
REYES, individuals, on behalf of themselves, and all           :
others similarly situated,                                     :      18-CV-11176 (VEC)
                                                               :
                              Plaintiffs,                      :      ORDER
                                                               :
            -against-                                          :
                                                               :
                                                               :
TD BANK, N.A.,                                                 :
                              Defendant.                       :
                                                               :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

  WHEREAS on May 17, 2021, Plaintiffs filed an unopposed motion for preliminary approval of a class settlement (Dkt. 94);

  IT IS HEREBY ORDERED that the parties must appear for a teleconference on **August 4, 2021, at 11:00 a.m.** The parties should dial-in using (888) 363-4749 // Access code: 3121171# // Security code: 1176#. All of those accessing the conference are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

**SO ORDERED.**

**Date: July 27, 2021**
**New York, NY**

                    _____
                    **VALERIE CAPRONI**
                    **United States District Judge**