```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/4/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

MARY JENNIFER PERKS, MARIA NAVARRO-
REYES, individuals, on behalf of themselves, and all
others similarly situated,

                            Plaintiffs,

            -against-

TD BANK, N.A.,

                        Defendant.

-------------------------------------------------------------------X

18-CV-11176 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on August 4, 2021, the parties appeared before the Court for a teleconference;

IT IS HEREBY ORDERED that not later than **August 12, 2021**, the parties must file a joint letter providing answers to the Court's questions posed at the August 4, 2021 conference.

IT IS FURTHER ORDERED that not later than **August 12, 2021**, the parties must file revised versions of the Proposed Preliminary Approval Order and the Long Form Notice, consistent with the Court's proposed edits provided at the August 4, 2021 conference and submitted to the parties by email. The parties must also submit to Chambers by email a Microsoft Word version of the Proposed Preliminary Approval Order.

**SO ORDERED.**

Date:  **August 4, 2021**
      **New York, NY**

                                     **VALERIE CAPRONI**
                                     **United States District Judge**