**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARY JENNIFER PERKS, MARIA NAVARRO-REYES, on behalf of themselves and all others similarly situated, | CASE NO. 1:18-CV-11176-VEC |
| Plaintiffs, | |
| v. | |
| TD BANK, N.A., | |
| Defendant. | |

**NOTICE OF UNOPPOSED MOTION AND PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT**

PLEASE TAKE NOTICE that on May 3, 2022, at 2:00 p.m., a hearing will be held before the Honorable Valerie Caproni, United States District Judge for the Southern District of New York, in Courtroom 443, 40 Foley Square, New York, NY 10007, or, subject to further order of the Court, by telephone or videoconference, at which Plaintiffs Mary Jennifer Perks and Maria Navarro-Reyes will, and hereby do, move the Court for entry of the Final Approval Order, attached hereto as Exhibit 1, which grants final approval to the class action Settlement Agreement and Releases, ECF No. 95-1.

This Motion is based on this Notice of Motion and Motion, Plaintiffs' Memorandum in Support of this Motion and all its exhibits, the Settlement Agreement and Releases and all its exhibits, the argument of counsel, all papers and records on file in this matter, and such other matters as the Court may consider.

1

Dated: March 29, 2022                                Respectfully submitted,


Jeff Ostrow (admitted pro hac vice)              s/James J. Bilsborrow
Jonathan M. Streisfeld (admitted pro hac vice)   James J. Bilsborrow
**KOPELOWITZ OSTROW P.A.**                       **WEITZ & LUXENBERG, PC**
One W. Las Olas Blvd., Suite 500                 700 Broadway
Fort Lauderdale, Florida 33301                   New York, NY 10003
Telephone: (954) 525-4100                        (212) 558-5500
Facsimile: (954) 525-4300                        jbilsborrow@weitzlux.com
ostrow@kolawyers.com
streisfeld@kolawyers.com                         Lynn A. Toops (admitted pro hac vice)
                                                 Vess A. Miller (admitted pro hac vice)
Jeffrey D. Kaliel (admitted pro hac vice)        Richard E. Shevitz (admitted pro hac vice)
Sophia Gold (admitted pro hac vice)              **COHEN & MALAD, LLP**
**KALIEL GOLD PLLC**                             One Indiana Square, Suite 1400
1100 15th Street NW, 4th Floor                   Indianapolis, IN 46204
Washington, D.C. 20005                           Telephone: (317) 636-6481
(202) 350-4783                                   Fax: (317) 636-2593
jkaliel@kalielpllc.com                           ltoops@cohenandmalad.com
sgold@kalielpllc.com                             vmiller@cohenandmalad.com
                                                 rshevitz@cohenandmalad.com


*Attorneys for Plaintiffs and the proposed Settlement Class*


## CERTIFICATE OF SERVICE

I certify that on March 29, 2022, a true and accurate copy of the foregoing memorandum was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.


*/s/ James J. Bilsborrow*