UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

MARY JENNIFER PERKS, MARIA NAVARRO-REYES, individuals, on behalf of themselves, and all others similarly situated,

                            Plaintiffs,

-against-

TD BANK, N.A.,

                            Defendant.

------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/3/22
```

18-CV-11176 (VEC)

ORDER

**VALERIE CAPRONI, United States District Judge:**

    WHEREAS the parties appeared for a fairness hearing on May 3, 2022, at 2:00 p.m.;

    IT IS HEREBY ORDERED that Class Counsel must submit a revised version of the Proposed Final Approval Order that includes a definition of the class not later than **May 6, 2022**.

    IT IS FURTHER ORDERED that Class Counsel must provide the Court with information regarding the billing practices of and hours worked by its expert Arthur Olsen not later than **May 6, 2022**.

**SO ORDERED.**

Date: May 3, 2022
       New York, NY

                                               **VALERIE CAPRONI**
                                           **United States District Judge**