**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------X
MARY JENNIFER PERKS, MARIA
NAVARRO-REYES on behalf of themselves and
all others similarly situated,

Plaintiff,

-against-

TD BANK, N.A.,

Defendant.
--------------------------------------------------------------X

18 **CIVIL** 11176 (VEC)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 5, 2022, the Court has considered the terms of the Settlement, the exhibits to the Settlement, the record of proceedings, and all papers and arguments submitted in support, and now finds that the motion should be, and hereby is, GRANTED. This Court has jurisdiction over the subject matter of this lawsuit and jurisdiction over the Plaintiffs and Defendant. Capitalized terms not otherwise defined in the Order have the definitions set forth in the Settlement. The Order resolves all issues in this lawsuit as between all parties and therefore constitutes a final judgment. The Court retains jurisdiction over the construction, interpretation, implementation, and enforcement of the Settlement and to supervise and adjudicate any disputes arising from the Settlement. Judgment is hereby entered.

**Dated:**  New York, New York

May 6, 2022

**RUBY J. KRAJICK**

_____
**Clerk of Court**

BY:

_____
**Deputy Clerk**